# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1246

VERSUS

RICHARD DALE KUHN                              **DECEMBER 20, 2021**

---

In Re:    Richard Dale Kuhn, applying for supervisory writs,
          22nd Judicial District Court, Parish of Washington,
          No. 99-CR5-102298.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                         PMc
                         JEW
                         MRT


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT